UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

ANA CHALAS, Individually, and On Behalf of All Others Similarly Situated,

                   Plaintiff,

vs.

SWEET JULY PRODUCTS LLC,

                   Defendant.

---------------------------------------------------------------x

Case No.: 1:22-cv-03915-JMF

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Ana Chalas hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Sweet July Products LLC.

DATED: November 21, 2022

**MIZRAHI KROUB LLP**

                   /s/ Edward Y. Kroub
                   EDWARD Y. KROUB

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY 10281
Telephone: 212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

SO ORDERED.
[signature]
November 22, 2022